UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIE A. MOTT,<br><br>              Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>              Defendant. | CASE NO. C12-5380 RJB-JRC<br><br>ORDER ON REPORT AND RECOMMENDATION ON PLAINTIFF'S APPLICATION FOR COSTS AND ATTORNEY'S FEES |

    This matter comes before the Court on U.S. Magistrate Judge J. Richard Creatura's Report and Recommendation on Plaintiff's Application for Costs and Attorney's Fees (Dkt. 28), recommending that Plaintiff's Motion for Attorney's Fees, Costs, and Expenses Pursuant to 28 U.S.C. § 2412 (Dkt. 25) should be granted in part, denied in part. The Court has considered the relevant documents and the remainder of the file herein.

    On March 16, 2014, Magistrate Judge Creatura issued a Report and Recommendation, recommending that Plaintiff's request for $350 in costs and $25.62 in expenses should be granted. Dkt. 28. Magistrate Judge Creatura found that those amounts in cost and expense were not

1  objected to by Defendant.  Dkt. 28.  The Report and Recommendation also recommended an

2  award of $3,870.72 in attorney's fees (less than the amount requested), based upon evaluation of

3  the factors outlined in *Johnson v. Georgia Highway Exp., Inc.*, 488 F.2d 714, 717-19 (5th Cir.

4  1974) (abrogated on other grounds) and *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th

5  Cir. 1975).  Dkt. 28.

6  The parties were given fourteen days to file objections.  Dkt. 28 at 15.  As of March 20,

7  2014, neither party filed objections.

8  The Court does hereby find and **ORDER** that:

9  1.  The Report and Recommendation (Dkt. 28) is **ADOPTED**.

10  2.  Plaintiff's Motion for Attorney's Fees and Expenses Pursuant to 28 U.S.C. §2412 (Dkt.

11  25) is **GRANTED IN PART, DENIED IN PART** as follows: Plaintiff shall be

12  granted $350.00 in costs, $25.62 in expenses, and $3,870.72 in attorney's fees.

13  The Clerk is directed to send uncertified copies of this Order to all counsel of record and

14  to any party appearing *pro se* at said party's last known address.

15  Dated this 21st day of March, 2014.

16

17  _____

18  ROBERT J. BRYAN
United States District Judge

19

20

21

22

23

24